UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVISION COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> THE RESERVE FUND, RESERVE MANAGEMENT COMPANY, INC. BRUCE R. BENT, WILLIAM E. VIKLUND, EDWIN EHLERT, JR., JOSEPH D. DONNELLY, WILLIAM J. MONTEGORIS, FRANK J. STALZER, RONALD J. ARTINIAN, SANTA ALBICOCCO, AND STEPHEN P. ZIENIEWICZ, <br><br> Defendants. | Index Number: 08CV09335 <br><br> AFFIDAVIT OF SERVICE |

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

JEFFREY T. LUM, being duly sworn, deposes and says that he is not a party to the above-entitled action, is over the age of 18 years and resides in Queens, New York.

On the 30th day of October, 2008, at 4:30 PM, at 31 West 52nd Street, New York, New York, deponent made personal service of the Notice of Filing of Removal of Action, Index number 602826/08, by personally delivering and leaving true copies with Clifford Chance US LLP. Service of said Notice of Filing was accepted by Vitold J. DeStronie, Managing Clerk for Clifford Chance US LLP, who stated he was authorized to accept service of Notice of Filing of Removal on behalf of Clifford Chance, US LLP.

Vitold J. DeStronie can be described as a 50 year old white male, approximately 5'-10" tall, weighing approximately 190 lbs., black and grey hair and wore glasses at the time of service.

Sworn to before me this
24th day of November, 2008

_Jeffrey T. Lum_
Lic.#: 0991877

_Edwd Shpro_
Notary Public
EDWARD SHAPIRO
Notary Public, State of New York
No. 01SH6192461
Qualified in New York County
Commission Expires Sept. 2, 2012